IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LEONARD LUNA, on behalf of himself**          **PLAINTIFF**
**and all others similarly situated**

**V.**         Case No. 5:18-cv-05141

**WAL-MART TRANSPORTATION, LLC,**         **DEFENDANTS**
**an Arkansas Corporation; and DOES**
**1-10, inclusive**

## JUDGMENT

In accordance with the Memorandum Opinion and Order (Doc. 49) filed on November 1, 2018, **IT IS HEREBY ORDERED AND ADJUDGED** that the Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**IT IS SO ORDERED AND ADJUDGED** on this ___7th___ day of December, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE